No. 960, Misc. COPELAND *v.* MYERS, CORRECTIONAL SUPERINTENDENT. Sup. Ct. Pa. Certiorari denied. Petitioner *pro se.* *Arlen Specter* for respondent.

No. 1050, Misc. MONEY *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied. Petitioner *pro se.* *MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 1068, Misc. BURKS *v.* KENTUCKY. Ct. App. Ky. Certiorari denied. Petitioner *pro se.* *Robert Matthews,* Attorney General of Kentucky, and *John B. Browning,* Assistant Attorney General, for respondent.

No. 1167, Misc. POLISI ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Harold Schwartz* for petitioners. *Solicitor General Marshall* for the United States.

No. 1190, Misc. WEST *v.* McMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1239, Misc. VON ATZINGER *v.* NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 1243, Misc. KING *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1248, Misc. HAYNES *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1249, Misc. WILSON *v.* OLIVER, WARDEN. C. A. 9th Cir. Certiorari denied.